NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GAIL LIDINSKY, INDIVIDUALLY          )
AND AS PERSONAL                      )
REPRESENTATIVE OF THE ESTATE         )
OF JOHN M. LIDINSKY,                 )
                                     )
              Appellant,             )
                                     )
v.                                   )          Case No. 2D18-900
                                     )
CARYN KEPFORD,                       )
                                     )
              Appellee.              )
_____    )

Opinion filed July 26, 2019.

Appeal from the Circuit Court for Sarasota
County; Frederick P. Mercurio and Hunter
W. Carroll, Judge.

Heather A. DeGrave of Walters Levine &
Lozano, Tampa, for Appellant.

Scott H. Carter of Dunlap & Morgan,
P.A., Sarasota, for Appellee.


PER CURIAM.


              Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.